IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR134-MU

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL STACEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Leave to Proceed In Forma Pauperis on Appeal, filed September 19, 2004.

The information contained in Defendant's motion is insufficient to determine if he qualifies for in forma pauperis status. The Court will therefore need additional information before it can rule on whether Defendant is qualified for in forma pauperis status. Upon receipt of this information the Court will determine whether to grant or deny Defendant's Motion to Proceed In Forma Pauperis on Appeal.

**IT IS, THEREFORE, ORDERED that:**

1. In addition to mailing copies of this Order to the parties, the Clerk is directed to mail a copy of this Order to USP McCreary, P.O. Box 3000, Pine Knot KY, 42635; and

2. USP McCreary is ordered to provide the Court with a current copy of Defendant's Trust Account Statement within twenty (20) days of the filing of this Order.

**Signed: October 3, 2005**

Graham C. Mullen
Chief United States District Judge