IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR134-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL STACEY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court upon the Defendant's Application to Proceed <u>In Forma Pauperis</u>, filed September 19, 2005.

Federal law requires that a defendant filing a notice of appeal in a criminal action pay a filing fee in the amount of two-hundred and fifty-five dollars ($255.00). A review of Defendant's Prisoner Trust Account reveals that he has received $ 1, 854.60 in deposits during the last six months. Consequently, the Court holds that Defendant has the means to pay a portion of the filing fee associated with his appeal.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Application to Proceed <u>In Forma Pauperis</u> is **GRANTED in part and DENIED in part**;

2. Defendant pay a partial filing fee of one hundred dollars ($100.00) within thirty (30) days of the filing of this Order.

The Clerk is further directed to certify a copy of this Order to the Defendant by **certified mail, return receipt requested**.

**Signed: October 25, 2005**

Graham C. Mullen
Chief United States District Judge