# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL STACEY | ) | Case No: 3:03CR00134-004 |
| | ) | USM No: 17882-058 |
| Date of Previous Judgment: 8/26/2005 (amended) | ) | Denzil Forrester |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34           Amended Offense Level: 34
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction. There is no change in the guideline calculations due to the defendant's classification as a Career Offender.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 8/26/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 29, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge